UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 22-01122-AB (JCx) | Date: | October 4, 2022 |
|---|---|---|---|

| Title: | Seiko Epson Corporation et al v. RJ International Group, Inc. et al |
|---|---|

| Present: The Honorable | ANDRÉ BIROTTE JR., United States District Judge |
|---|---|

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] Order To Show Cause Re: Dismissal for Lack of Prosecution

Plaintiff(s) are **ORDERED** to show cause why this case should not be dismissed for lack of prosecution. *Link v. Wabash R. Co.*, 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion).

The below time period(s) has not been met. Accordingly, the Court, on its own motion, orders Plaintiff(s) to show cause, in writing, **on or before October 19, 2022,** why this action should not be dismissed for lack of prosecution. This matter will stand submitted upon the filing of Plaintiff(s) response. *See* Fed. R. Civ. P. 78. Failure to respond will be deemed consent to the dismissal of the action.

☒ Plaintiff(s) obtained entry of default as to Defendant(s), pursuant to Fed. R. Civ. P. 55(a), but Plaintiff(s) have not sought default judgment, pursuant to Fed. R. Civ. P. 55(b). Plaintiff(s) can satisfy this order by seeking default judgment or by notifying the Court that default judgment will not be sought, at which point the clerk will close this matter.

**IT IS SO ORDERED**.