JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SEIKO EPSON CORPORATION**, a Japan corporation; **EPSON AMERICA, INC.**, a California corporation; and **EPSON PORTLAND INC.**, an Oregon corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**RJ INTERNATIONAL GROUP, INC.**, a California corporation; and **YIPING JEN**, an individual,<br><br>Defendants. | Civil No. 2:22-cv-01122-AB-JC<br><br>[PROPOSED] FINAL JUDGMENT, INCLUDING PERMANENT INJUNCTION, AGAINST DEFENDANTS RJ INTERNATIONAL GROUP, INC. AND YIPING JEN |

**PERMANENT INJUNCTION AND ORDER**

IT IS HEREBY FOUND, ORDERED, ADJUDGED, AND DECREED THAT:

    A.    Defendant RJ International Group, Inc. and its officers and directors, agents, servants, employees, attorneys, distributors, and affiliates, who are in active concert or participation with, through, or under them, and Defendant Yiping Jen, who receive actual notice of this judgment by personal service or otherwise, are hereby permanently enjoined from the sale of the Accused Products, or any other products that are no more than colorably different therefrom, and from any other acts that directly or indirectly infringe any of the claims of the '749 patent, and from causing, inducing or contributing to the infringement of any of the claims of the '749 patent by others.

    B.    This Judgment shall become null and void on the expiration date of the '749 patent. This Judgment shall not apply with respect to any claim of an intellectual property right that has expired or been found or adjudicated invalid or unenforceable by a court of competent jurisdiction, provided that such finding or judgment has become final and non-reviewable.

    C.    This Court retains exclusive jurisdiction of this action for the purpose of insuring compliance with this Judgment.

    D.    This Judgment shall finally conclude and dispose of all claims and counterclaims of Plaintiffs against Defendants and Defendants against Plaintiffs with prejudice.

    E.    Each party shall bear its own costs and attorney's fees.

    F.    Final Judgment shall be entered hereto, forthwith, without further notice.

There being no just reason for delay, the Clerk is directed to enter this Final Default Judgment and Permanent Injunction forthwith.

**IT IS SO ORDERED.**

Dated:  December 6, 2022

_____
The Honorable André Birotte Jr.
United States District Court Judge